IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA CARMACK,                                    No. 2:21-cv-01887-YY

                Plaintiff,                          ORDER

     v.

OREGON DEPARTMENT OF CORRECTIONS,
KEVIN JACKSON, THERON RUMSEY,
ABRAHAM CAMPOS, and JOHN DOE,

              Defendants.

HERNÁNDEZ, District Judge:

       Magistrate Judge You issued a Findings and Recommendation on February 2, 2023, in

which she recommends that this Court grant Defendants' motion for summary judgment and

dismiss all Plaintiff's claims without prejudice. F&R, ECF 25. The matter is now before the

Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 27. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You Findings and Recommendation [25]. Therefore, Defendant's Motion for Summary Judgment [10] is GRANTED. All of Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED.


DATED: _____ May 3, 2023 _____.



_____
MARCO A. HERNÁNDEZ
United States District Judge